**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

MIO, LLC,

      Plaintiff,

v.                                                                  CASE NO: 8:13-cv-191-T-26TGW

VALENTINO'S OF AMERICA, INC.,

      Defendant.

_____/

**O R D E R**

Upon due and careful consideration of Plaintiff's submissions, together with the

procedural history of this case, it is ordered and adjudged that Plaintiff's Motion for Leave to File

an Amended Complaint Pursuant to F.R.C.P.15(a)(2) (Dkt. 19) is granted despite the meritless

opposition of Defendant.  It would be a clear abuse of this Court's discretion to deny Plaintiff

leave to file an amended complaint under Rule 15(a)(2) at this early stage of the proceedings,

which requires that leave be freely given by the Court, especially in light of the fact that the

Court has yet to enter a Case Management and Scheduling Order.

Accordingly, Plaintiff shall file its amended complaint within ten (10) days of the entry of

this order.  Defendant shall file its response to the amended complaint within fifteen (15) days of

service of the amended complaint.  Defendant's Motion to Dismiss (Dkt. 14) is denied as moot

and without prejudice to being refiled in response to the amended complaint if appropriate.

**DONE AND ORDERED** at Tampa, Florida, on May 6, 2013.

s/*Richard A. Lazzara*

**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record